Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. TOM BECK,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CH2M HILL INC.,<br><br>　　　　　　　Defendant. | Case No. C13-787RAJ<br><br>NOTICE OF DISMISSAL |

The parties to this action hereby stipulate to the dismissal of all claims in this matter with prejudice as to Relator Tom Beck, and without prejudice to the United States. As required by 31 USC §3730 (b)(1), the United States, by and through United States Attorney Annette Hayes and Assistant United States Attorney David East, will be separately filing a Notice of Consent to Dismissal. The dismissal should be without costs or fees to any party.

DATED this 7th day of April, 2017.

BRESKIN JOHNSON & TOWNSEND PLLC

By: /s/ Daniel F. Johnson
　　Daniel F. Johnson, WSBA No. 27848
　　1000 Second Avenue, Suite 3670
　　Seattle, WA 98101
　　Phone: 206-652-8660
　　Facsimile: 206-652-8290
　　djohnson@bjtlegal.com
　　Attorneys for Relator

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

        KARR TUTTLE CAMPBELL

    By: /s/ Ronald Friedman
        Ronald Friedman, WSBA No. 41629
        701 Fifth Avenue, Suite 3300
        Seattle, WA 98104
        Tel: 206-223-1313
        rfriedman@karrtuttle.com
        Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jamie Telegin*
Jamie Telegin, Legal Assistant